**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **UNITED STATES OF AMERICA, *ex rel.* TREASURY PPP RECOVERY FUND, LLC,**<br><br>Plaintiff,<br><br>vs.<br><br>**TRINITY INTERNATIONAL UNIVERSITY, a Corporation.**<br><br>Defendant. | Case No. 24-cv-10832<br><br>**COMPLAINT FOR VIOLATION OF FEDERAL FALSE CLAIMS ACT**<br><br>**FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730**<br>**[DO NOT PLACE ON PACER]**<br><br>**PLAINTIFF DEMANDS TRIAL BY JURY**<br><br>Judge Virginia M. Kendall |

## JUDGMENT ORDER

This cause having come before the court on the Relator's Motion to Dismiss Pursuant to 31 U.S.C. 3730(b)(1) ("The Motion") in this *qui tam* case pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(3), and the court being fully advised, it is hereby ORDERED as follows:

1. The Motion [16] is granted;

2. This action is dismissed as to relator Treasury PPP Recovery fund, f/k/a, Taxpayers Against Fraud, LLC and as to the United States, pursuant to 31 U.S.C. § 3730(b)(1); and

3. The seal shall be lifted on the complaint, relator's motion to dismiss, and this order.

Dated: 1/14/2026

Hon. Virginia M. Kendall
United States District Judge